# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ENVIRONMENTAL MANUFACTURING SOLUTIONS, LLC,**

          **Plaintiff,**

-vs-                                     **Case No. 6:09-cv-2161-Orl-28DAB**

**PEACH STATE LABS, INC.; COLOR-CHROME TECHNOLOGIES, INC d/b/a WOW INNOVATIONS; ELAN WEIZMAN; IRVIN RUBIN; ARCHO CHEM LTD; NIKOS ARAPOSTATHIS,**

          **Defendants.**

_____

## ORDER AND REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **[WOW INNOVATIONS] DEFENDANTS' MOTION FOR COSTS AND ATTORNEYS' FEES PURSUANT TO RULE 54(D) (Doc. No. 84)** |
| **FILED:** | May 24, 2011 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. | |

    This case was settled, and the parties filed a Joint Stipulation for Dismissal which stated that it was "not an adjudication on the merits"; therefore, moving Defendants have not prevailed on the merits and fees should be **DENIED.** *See D.K. Harris v. Captiva Condominiums, LLC*, 2008 WL 4911237, *2 (M.D. Fla. Nov. 14, 2008) ("[A] voluntary dismissal pursuant to Rule 41(a)(1) does not

create a prevailing party.") (citing *Gibson v. Walgreen Co.*, 2008 WL 2607775, *3 (M.D. Fla. July 1, 2008) and *Johnson v. Pringle Development, Inc.*, 2006 WL 2189542, *2 (M.D. Fla. Aug. 1, 2006)). Moreover, the moving Defendants are not party to a contract which entitles them to fees; the Confidentiality Agreement on which they seek to rely is between EMS and Peach State Labs, and they have made no showing that they are agents or third-party beneficiaries. The Distributor Contract between EMS and the Wow Innovations[1] Defendants does not provide for attorney's fees or costs. Docs. 87-2, 87-3.

> **MOTION:** **PEACH STATE LABS, INC.'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR COSTS AND FEES (Doc. No. 85)**
>
> **FILED:** May 24, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**, as filed by counsel for WOW Innovations on behalf of Peach State Labs, Inc., whom this counsel does not represent.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 29, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy

---

[1] Defendants Color-Chrome Technologies Inc. d/b/a Wow Innovations, Wow Intersales, LLC, Irwin Rubin, and Elan Weizman.