# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ENVIRONMENTAL MANUFACTURING SOLUTIONS, LLC,**

      **Plaintiff,**

-vs-                                                  Case No.  6:09-cv-2161-Orl-28DAB

**PEACH STATE LABS, INC.; COLOR-CHROME TECHNOLOGIES, INC d/b/a WOW INNOVATIONS; ELAN WEIZMAN; IRVIN RUBIN; ARCHO CHEM LTD; NIKOS ARAPOSTATHIS,**

      **Defendants.**

_____

# ORDER

This case is before the Court on Defendants' Motion for Costs and Attorneys' Fees Pursuant to Rule 54(d) (Doc. No. 84)[1] filed May 24, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed August 29, 2011 (Doc. No. 88) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] Filed by Defendants Color-Chrome Technologies Inc. d/b/a WOW Innovations, WOW Intersales, LLC, Irwin Rubin, and Elan Weizman.

    2.      Defendants' Motion for Costs and Attorneys' Fees Pursuant to Rule 54(d) (Doc. No. 84) is **DENIED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party